

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

October 7, 2022

**MEMO ENDORSED**

VIA ECF

The Honorable Katharine H. Parker
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2022

    Re:    *Fontanez v. LOLI Beauty PBC*; Case No. 1:22-cv-5578 (PAE) (KHP)

Dear Magistrate Judge Parker:

    We represent plaintiff Ramon Fontanez ("Plaintiff") in the above-referenced matter. We respectfully write, with the consent of defendant LOLI Beauty PBC, to request an adjournment and rescheduling of the Initial Case Management Conference scheduled for October 11, 2022, at 11:15 am. *See* Docket No. 9. The offices for both Plaintiff's attorneys and Defendant's attorneys are closed on that date in observance of the Jewish Holiday, Sukkot. Defendant consents to this request and no party has sought an adjournment and rescheduling of the Initial Conference previously.

    We thank the Court for its consideration of the above request.

                                                               Respectfully submitted,
                                                              /s/ Edward Y. Kroub
                                                              EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Tuesday, October 11, 2022 at 11:15 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, October 19, 2022 at 10:30 a.m.

                                                                     APPLICATION GRANTED
                                                                     *Katharine H. Parker*
                                                         Hon. Katharine H. Parker, U.S.M.J.
                                                                       **10/09/2022**