```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAMON FONTANEZ, Individually, and on
behalf of all others similarly situated,

                        Plaintiff,                  **22-CV-5578 (PAE) (KHP)**

      -against-                            **ORDER ADJOURNING**
                                                      **CASE MANAGEMENT**
LOLI BEAUTY PBC,                                **CONFERENCE**

                        Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Order of Discontinuance filed on October 27, 2022 (doc. no 25) the Case Management Conference currently scheduled for **January 10, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              October 28, 2022

                                                                 _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge